STATE OF CONNECTICUT *v.* CHARLES H. MOGULNICKI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Philip S. Walker,* in support of the petition.

*John F. Mulcahy, Jr.,* deputy chief prosecuting attorney, in opposition.

Submitted April 14—decided April 22, 1970

FREDERICK A. LATHROP ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TRUMBULL ET AL.

The motion by the defendant John W. Bozogan to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Bernard Green,* for the appellee (defendant Bozogan).

*Irwin J. Gordon,* for the appellants (plaintiffs).

Argued May 5—decided May 5, 1970

MARSHA HARRINGTON ET AL. *v.* PALMER S. WILLARD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Joseph F. Keefe,* for the appellees (plaintiffs).

*John B. Willard,* for the appellants (defendants).